IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMERITOX, LTD. and MARSHFIELD
CLINIC,

                         Plaintiffs,                           ORDER

     v.

                                              13-cv-832-wmc

MILLENNIUM HEALTH, LLC,

                         Defendant.

Having reviewed deposition designations, counter-designations and any objections of witness Howard Appel, the court makes the following rulings. The approved designations may be presented to the jury unless the witness is available to testify in person. **The parties shall remove all objections and any other asides or discussions between counsel, even where not noted by the court in its rulings.** If the court sustained the objection to the original testimony, the counter designations are also out.

| NOVEMBER 11; 2011 DEPOSITION OF HOWARD APPEL | | | |
|---|---|---|---|
| **Plaintiffs' Designations** | **Millennium's Objections** | **Millennium's Counter-Designations** | **Ruling** |
| 11:9-13 | | | |
| 17:17-18:13 | Relevance | | Overruled |
| 18:19-23 | Relevance | | Overruled |
| 19:19-20:8 | Relevance | | Overruled |
| 20:22-21:7 | Form | | Overruled |
| 29:19-30:7 | Foundation; Barred by Judge Crocker ruling; Relevance | | Sustained |
| 49:18-23 | Foundation | 48:2-12; 49:24-25 | Overruled |
| 81:5-9 | | | |
| 82:2-19 | | 84:3-12 | |
| 85:2-16 | | | |
| 85:24-87:4 | | | |
| 120:24-121:10 | | 121:11-12 | |

| 121:19-22 | | | |
|---|---|---|---|
| 121:25-123:10 | | | |
| 123:21-124:9 | | | |
| 124:18-23 | | | |
| 125:2-126:10 | | | |
| 177:17-182:21 | Form; Foundation | | Sustained as to 182:6-7; overruled in all other respects |
| 183:6-20 | | | |
| 204:13-205:16 | | | |

| JANUARY 21, 2015 DEPOSITION OF HOWARD APPEL | | | |
|---|---|---|---|
| **Plaintiffs' Designations** | **Millennium's Objections** | **Millennium's Counter-Designations** | **Ruling** |
| 9:19-10:18 | | | |
| 10:23-24 | | | |
| 11:13-23 | | 11:25-12:20 | |
| 22:6-20 | | | |
| 22:23-23:4 | Form | | Overruled |
| 23:15-24:6 | | | |
| 24:16-25:14 | | 25:20-26:4 | |
| 26:5-27:4 | | | |
| 27:25-31:21 | Form | | Overruled |
| 32:1-4 | | | |
| 33:15-34:20 | | 34:21-35:1 | |
| 36:18-37:8 | | | |
| 37:18-38:14 | Form | | Overruled |
| 39:16-21 | Calls for Speculation; Incomplete | | Overruled |
| 42:16-44:9 | Relevance | 64:6-8; 64:12-14 | Sustained |
| 47:24-48:9 | | | |
| 48:17-49:3 | | | |
| 52:1-18 | | 52:19-53:9 | |
| 54:5-55:13 | | 55:14-17 | |
| 55:18-25 | | | |
| 56:13-57:3 | | | |
| 57:13-58:24 | Foundation, Scope; Calls for Speculation | | Sustained as to liability; overruled as to damages |
| 60:16-61:1 | | | |
| 61:19-25 | | | |
| 64:9-11 | | 64:6-8; 64:12-14 | |

2

| JANUARY 21, 2015 DEPOSITION OF HOWARD APPEL | | | |
|---|---|---|---|
| 64:15-17 | | | |
| 65:6-66:4 | | | |
| 66:7-67:12 | Relevance; More prejudicial than probative | | Sustained as to liability; overruled as to damages |
| 68:9-15 | Relevance; More prejudicial than probative | | Sustained |
| 68:24-69:24 | | 69:25-70:1 | |
| 70:2-72:9 | | | |
| 73:6-9 | Form; Foundation | | Sustained |
| 73:24-74:15 | | | |
| 75:2-76:5 | | 76:6-9 | |
| 77:19-78:10 | | | |
| 78:15-79:15 | | | |
| 80:2-5 | | 80:8-81:1 | |
| 81:12-82:23 | | | |
| 84:19-85:10 | | | |
| 86:22-87:19 | | | |
| 92:20-94:10 | Form; Foundation; Calls for Speculation; Relevance | | Sustained |
| 95:24-96:4 | | | |
| 98:4-20 | Relevance | | Sustained |
| 104:6-20 | | | |
| 107:25-108:20 | | | |
| 109:18-21 | | | |
| 115:12-116:7 | Incomplete Hypothetical; Calls for Speculation; Relevance | | Sustained as to liability; overruled as to damages |
| 116:17-117:4 | Foundation; Relevance; Opinion Testimony | | Sustained as to liability; overruled as to damages |
| 118:15-24 | Foundation; Relevance; Opinion Testimony | | Sustained as to liability; overruled as to damages |
| 119:2-13 | Foundation; Relevance; Opinion Testimony | | Sustained |
| 121:25-123:6 | Speculation; Foundation | | Sustained as to liability; overruled as to damages |

3

| JANUARY 21, 2015 DEPOSITION OF HOWARD APPEL | | | |
|---|---|---|---|
| 123:13-23 | | 123:24-124:5 | |
| 126:14-22 | | | |
| 127:18-128:6 | Relevance; More prejudicial than probative | | Sustained; 128:12-13 is also excluded |
| 128:12-13 | | 128:7-11 | |
| 131:10-132:1 | Relevance | | Sustained |
| 141:9-142:8 | | | |
| 151:24-152:12 | Form; Foundation; Relevance | 152:13-19 | Sustained as to liability; overruled as to damages |
| 152:21-153:25 | Form; Foundation; Relevance | 152:13-19 | Sustained as to liability; overruled as to damages |
| 154:6-155:7 | | | |
| 156:12-158:19 | Hearsay | | Overruled |
| 159:19-160:10 | Hearsay | 160:11-21; 163:8-19 | Overruled |
| 160:22-162:2 | Hearsay; Foundation | 160:11-21; 163:8-19 | Sustained |
| 167:3-170:11 | Foundation; Calls for Speculation | 170:13-21 | Overruled |
| 170:22-171:9 | Calls for Opinion Testimony | | Overruled |
| 177:21-178:3 | | 178:5-14 | |
| 180:23-182:15 | More prejudicial than probative | | Overruled |
| 185:13-186:4 | More prejudicial than probative | | Overruled |
| 186:21-188:2 | More prejudicial than probative | | Sustained |
| 188:9-189:3 | More prejudicial than probative | | Sustained |
| 189:14-194:5 | Foundation; Form; Calls for Opinion Testimony; Calls for Speculation | | Sustained |
| 194:17-195:2 | Foundation; Form; Calls for Opinion Testimony; Calls for Speculation | 195:4-13 | Sustained |
| 198:11-20 | Hearsay | | Overruled |
| 199:3-200:24 | More prejudicial than probative; Hearsay; Foundation | | Overruled |
| 201:19-202:20 | Hearsay; More prejudicial than probative | | Overruled |

4

| JANUARY 21, 2015 DEPOSITION OF HOWARD APPEL | | | |
|---|---|---|---|
| 203:9-204:13 | More prejudicial than probative; Relevance | | Sustained as to liability; overruled as to damages |
| 204:21-205:5 | More prejudicial than probative; Relevance; Opinion Testimony | | Sustained |
| 206:19-208:13 | Hearsay | | Sustained |
| 209:2-23 | | 209:25-210:13 | |
| 213:24-214:9 | | | |
| 219:20-220:2 | | 219:7-19 | |
| 222:16-24 | | 221:23-222:8 | |
| 223:2-6 | | 221:23-22**2:**8 | |
| 223:17-224:25 | Foundation; Calls for Speculation; Relevance | 225:1-4 | Sustained |
| 225:5-10 | Foundation; Calls for Speculation; Relevance | 225:1-4 | Sustained |
| 231:13-16 | | | |
| 232:4-234:12 | Hearsay; More prejudicial than probative; Calls for Speculation; Foundation | 234:13-22 | Sustained |
| 235:4-8 | Hearsay; More prejudicial than probative; Calls for Speculation; Foundation | 235:9-10 | Sustained |
| 242:14-243:7 | Relevance | | Sustained as to liability; overruled as to damages |
| 244:8-19 | Relevance | | Sustained |
| 246:7-11 | Foundation; Relevance | 246:12-16 | Sustained |
| 246:17-247:1 | Relevance; Form | 246:12-16 | Sustained |
| 256:14-259:13 | Form; Foundation; Incomplete Hypothetical; Calls for Speculation; Relevance | 259:14-16 | Sustained |
| 259:17-24 | Form; Foundation; Incomplete Hypothetical; Calls for Speculation; Relevance | 259:14-16 | Sustained |
| 260:9-262:14 | Foundation; Calls for Speculation; Opinion Testimony; Hearsay | 263:8-14 | Overruled |
| 264:9-265:3 | Foundation; Calls for Speculation; Opinion Testimony; Hearsay | | Overruled |

| JANUARY 21, 2015 DEPOSITION OF HOWARD APPEL | | | |
|---|---|---|---|
| 264:16-265:7 | Misidentification/unclear what this refers to – see above | | Overruled |
| 269:4-18 | Relevance; Form; Foundation | | Sustained |
| 272:15-273:7 | Relevance; Form; Foundation | | Sustained as to liability; overruled as to damages |
| 276:4-7 | | 276:8-10 | |
| 276:11-277:22 | Foundation; Calls for Speculation; Opinion Testimony | 276:8-10 | Overruled |
| 279:22-283:15 | Form; Foundation; Hearsay; Relevance | 285:6-21 | Overruled as to 282:1-23; Sustained in all other respects |
| 283:20-285:4 | Form; Foundation; Calls for Speculation; Hearsay; Relevance | 285:6-21 | Sustained as to liability; overruled as to damages |
| 290:24-291:20 | Hearsay | 285:6-21 | Sustained |
| 292:13-293:17 | | | |
| 294:5-295:5 | Relevance; More prejudicial than probative | | Sustained |
| 296:13-297:19 | Foundation; Hearsay | 297:20-298:4 | Overruled |
| 298:5-299:16 | Foundation; Hearsay | 297:20-298:4 | Sustained |
| 300:2-301:1 | Relevance; More prejudicial than probative | | Sustained |
| 301:8-304:17 | Foundation; Calls for Speculation; Hearsay; Relevance; More prejudicial than probative | | Overruled as to 302:20-303:8; sustained in all other respects |
| 305:20-307:8 | | 307:9-13 | |
| 307:24-308:2 | | | |
| 308:12-310:1 | Form; Foundation; Calls for Speculation; Relevance; More prejudicial than probative | | Sustained |
| 314:12-315:11 | | | |
| 316:25-319:2 | Hearsay; Foundation | | Overruled |

| JANUARY 21, 2015 DEPOSITION OF HOWARD APPEL | | | |
|---|---|---|---|
| 319:9-320:16 | | | |
| 321:8-322:12 | Foundation; Calls for Speculation; Hearsay | | Sustained |
| 323:18-324:18 | Foundation; Calls for Speculation; Hearsay | | Sustained |
| 325:2-25 | Foundation; Hearsay; Relevance | | Sustained as to liability; overruled as to damages |
| 326:8-327:22 | Foundation; Hearsay; Relevance | | Sustained as to liability; overruled as to damages |
| 328:20-330:3 | Foundation; Calls for Speculation; Hearsay; Relevance | | Sustained as to liability; overruled as to damages |
| 330:7-17 | Foundation; Calls for Speculation; Hearsay; Relevance | | Sustained as to liability; overruled as to damages |
| 331:24-335:10 | Foundation; Calls for Speculation; Hearsay; Relevance | | Sustained |
| 335:18-337:16 | Foundation; Calls for Speculation; Hearsay; Relevance | | Sustained as to liability; overruled as to damages |

Entered this 9th day of April, 2015.


BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge