### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMERITOX, LTD., and <br> MARSHFIELD CLINIC, INC., <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> MILLENNIUM HEALTH, LLC, <br><br> Defendant/Counterclaimant. | Civil Action No. 3:13-cv-0832-WMC |

## ORDER OF STAY

Based upon Millennium Health, LLC's ("Millennium") Unopposed Motion for Stay of Execution of Judgment Pending Appeal, IT IS HEREBY ORDERED that, conditioned upon and effective upon Millennium's posting of a $8,740,000 bond substantially in the form attached to this Order as Exhibit A, execution on the judgment entered by the Court on April 27, 2015 (Dkt. No. 441) (the "Judgment"), any attempt to execute on the Judgment, and any proceedings to enforce the Judgment's award of money damages in this matter are STAYED pending resolution of Millennium's appeal of the Judgment.

Dated: May 6, 2015.

BY THE COURT:

/s/
_____
Hon. William M. Conley

13505270.1