IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMERITOX, LTD., and
MARSHFIELD CLINIC, INC.,

      Plaintiffs,        ORDER

 v.

                       13-cv-832-wmc

MILLENNIUM HEALTH, LLC.

      Defendant.

---

  The court is in receipt of defendant and counterclaimant Millennium Health, LLC's suggestion of bankruptcy. (Dkt. #522.) While judgment has been entered in this case, there are post-judgment motions pending. Accordingly,

ORDER

IT IS ORDERED that:

1) all pending motions are STAYED; and

2) any order to reopen shall place this case at the head of the docket for immediate judicial attention.

Entered this 16th day of November, 2015.

            BY THE COURT:

            /s/

            _____
            William M. Conley
            District Judge