IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMERITOX, LTD.
MARSHFIELD CLINIC, INC.,

    Plaintiffs,

v.

MILLENNIUM HEALTH, LLC,

    Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 13-cv-832-wmc

---

    This action came before the court and a jury for consideration with District Judge William M. Conley presiding. Partial judgment was granted by the court on summary judgment and post-trial, and all remaining issues have now been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered as follows:

1. Declaring that U.S. Patent No. 7,785,895 is invalid.

2. In favor of plaintiffs Ameritox, Ltd. and Marshfield Clinic, Inc. and against defendant Millennium Health, LLC, finding infringement by defendant of claims 1, 2, 4-7, 10 and 16-18 of U.S. Patent No. 7,585,680, and awarding damages to plaintiffs in the amount of $8,652,760.

3. In favor of plaintiffs Ameritox, Ltd. and Marshfield Clinic, Inc. and against defendant Millennium, Health, LLC, dismissing defendant's counterclaims for invalidity of U.S. Patent No.7,585,680.

4. In favor of defendant Millennium Health, LLC and against plaintiffs Ameritox, Ltd. and Marshfield Clinic, Inc., finding defendant did not willfully infringe U.S. Patent No. 7,585,680.

5. Prejudgment interest awarded to plaintiffs Ameritox Ltd. And Marshfield Clinics, Inc. in the amount of $1,148.164.21.

Approved as to form this 25th day of July, 2016.

_____
William M. Conley
District Judge

for  _Vivian Ohma - Deputy Clerk_   7/27/2016
Peter Oppeneer
Clerk of Court                                                                     Date